**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1597**

---

JOY KISSAM, Administrator of the Estate of
Damon Kissam,

Plaintiff - Appellant,

versus

RAPPAHANNOCK REGIONAL JAIL; LARRY K. HAMILTON,
Superintendent, Rappahannock Regional Jail;
RAPPAHANNOCK REGIONAL JAIL AUTHORITY; CHARLES
JETT, Stafford County, Chairman, Rappahannock
Regional Jail Authority; CHRISTOPHER FRANZEN,
Rappahannock Regional Jail Correctional
Officer; CERTAIN UNNAMED RAPPAHANNOCK REGIONAL
JAIL CORRECTIONAL OFFICERS; CREATIVE HEALTH
RESOURCES, INCORPORATED; ANDREW REESE; PETER
OBER; LEILA CLAPPERTON; REBECKA GRIFFITH; ERIN
PITTMAN; RICHARD AGPAOA, Rappahannock Regional
Jail Correctional Officer; KRISTOPHER
ALBRIGHT, Rappahannock Regional Jail
Correctional Officer; DEANGELIS, Rappahannock
Regional Jail Corporal; DEBORAH SHEPHERD,
Rappahannock Regional Jail Corporal; MACKIE,
Rappahannock Regional Jail Mental Health
Provider; MARY POWELL, Rappahannock Regional
Jail Substance Abuse Counselor,

Defendants - Appellees,

and

DRYDEN, Physicians Assistant; ROBERT A.
DRYDEN,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-04-466-1)

Submitted: January 5, 2006          Decided: January 26, 2006

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven M. Garver, Deborah E. Mayer, GARVER LAW OFFICES, P.C., Reston, Virginia, for Appellant. John A. Gibney, Jr., THOMPSON & McMULLAN, P.C., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Damon Kissam died while an inmate in the Rappahannock Regional Jail. Joy Kissam, as administrator of Damon's estate, sued various defendants, alleging constitutional claims under 42 U.S.C.A. § 1983 as well as state law claims. The district court granted summary judgment in favor of the defendants, and Kissam appeals. We have reviewed the record and the briefs and find no reversible error. Accordingly, we affirm the district court's order granting summary judgment against Kissam's claims. See <u>Kissam v. Rappahannock Regional Jail</u>, No. 1:04CV466 (E.D. Va. April 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>